USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 10/2/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANA GARCIA,
                Plaintiff,

v.

ORANGE COUNTY DENTAL SERVICES and
FRANCO PERLA,
                Defendants.
------------------------------------------------------------x

**ORDER OF DISMISSAL**

16 CV 6347 (VB)

        The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 1, 2017. To be clear, any application to restore the action must be filed by November 1, 2017, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

        The case management conference scheduled for December 5, 2017, is cancelled.

        The Clerk of Court is instructed to close this case.

Dated: October 2, 2017
        White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge